AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_____
Plaintiff

V.

_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: - 0 8 - 1 6 1

I, James A. Person, _____ declare that I am the (check appropriate box)

• ✓ Petitioner/Plaintiff/Movant     • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
MAR 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   • ✓ Yes   • • No   (If "No" go to Question)

   If "YES" state the place of your incarceration  H.R.Y.C.I.

   Inmate Identification Number (Required): SBI# 163732

   Are you employed at the institution? _No_  Do you receive any payment from the institution? _yes_

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • ✓ Yes   • • No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | •✓ No |
   | b. | Rent payments, interest or dividends | • • Yes | •✓ No |
   | c. | Pensions, annuities or life insurance payments | • • Yes | •✓ No |
   | d. | Disability or workers compensation payments | • • Yes | •✓ No |
   | e. | Gifts or inheritances | • • Yes | •✓ No |
   | f. | Any other sources | • • Yes | •✓ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   · · Yes   ✓ · No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   · · Yes   ✓ · No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.

x  2/28/08
   DATE

x  *James A. Person*
   SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                                    Page 1 of 2

HRYCI
03/11/08 15:25
ST 010 / OPR JNM

SBI             :   163732
Resident Name   :   PERSON, JAMES
Time Frame      :   09/01/2007 13:36 - 03/11/2008 15:25

-----------------------------------------------------------------------------------
Date         Time    Type            ST    OPR    Receipt #      Amount    Balance
-----------------------------------------------------------------------------------

09/07/2007   13:00   Order            3    AFC    C22111          20.90    488.80
09/07/2007   14:19   Add             10    bsp    J11918          35.00    523.80
09/11/2007   13:10   Order            3    AFC    C22186           5.17    518.63
09/12/2007   13:21   Order            3    AFC    C22219           2.10    516.53
09/13/2007   14:05   Order            3    AFC    C22246           3.20    513.33
09/14/2007   11:30   Order            3    AFC    C22268           5.07    508.26
09/18/2007   11:51   Add              4    gmw    D75818          50.00    558.26
09/19/2007   14:30   Order           11    DDT    K5390            0.68    557.58
09/21/2007   11:30   Order            3    AFC    C22494          10.65    546.93
09/21/2007   11:36   Order            3    AFC    C22496           1.16    545.77
09/21/2007   13:48   Order            3    WLH    C22500           2.45    543.32
09/25/2007   13:44   Order            3    AFC    C22618           7.49    535.83
09/28/2007   14:03   Order            3    WLH    C22790           6.10    529.73
10/03/2007   14:27   Order           11    WLH    K5601            7.66    522.07
10/05/2007   12:38   Order           11    AFC    K5654           12.81    509.26
10/05/2007   12:50   Order           11    AFC    K5655            2.26    507.00
10/10/2007   14:24   Add              7    SJW    G12805          35.00    542.00
10/11/2007   13:31   Order            3    AFC    C23091           0.83    541.17
10/12/2007   11:05   Order            3    AFC    C23100          24.56    516.61
10/12/2007   12:19   Order            3    AFC    C23101           1.68    514.93
10/12/2007   12:20   Order            3    AFC    C23102           0.68    514.25
10/12/2007   12:21   Credit           3    AFC    C23103           1.68    515.93
10/19/2007   14:47   Order           11    AFC    K5785           22.20    493.73
10/22/2007   14:36   Order           11    AFC    K5794            1.95    491.78
10/23/2007   08:24   Add              8    bsf    H34388          25.00    516.78
10/26/2007   14:07   Order            3    WLH    C23289          13.61    503.17
10/29/2007   14:26   Order           11    AFC    K5858            0.68    502.49
10/31/2007   12:13   Order           11    AFC    K5894           15.63    486.86
10/31/2007   12:14   Order           11    AFC    K5895            2.60    484.26
11/01/2007   09:39   Add              8    bsf    H34574          60.00    544.26
11/02/2007   13:30   Order           11    AFC    K5986            3.89    540.37
11/07/2007   13:33   Add             10    bsp    J12444          35.00    575.37
11/07/2007   13:53   Order            3    WLH    C23485           7.84    567.53
11/08/2007   08:59   Add              8    bsf    H34767          40.00    607.53
11/09/2007   13:40   Order            3    WLH    C23536           3.76    603.77
11/15/2007   12:44   Order           11    AFC    K6148            0.50    603.27
11/16/2007   11:23   Order            3    AFC    C23639          11.57    591.70
11/16/2007   11:30   Order            3    AFC    C23641           2.40    589.30
11/21/2007   12:59   Order            3    AFC    C23765           2.25    587.05
11/23/2007   11:28   Order           11    AFC    K6261           10.34    576.71
11/23/2007   11:30   Order           11    AFC    K6262            1.40    575.31
11/28/2007   13:56   Order           11    AFC    K6300            7.62    567.69
11/30/2007   13:34   Order            3    AFC    C23981           9.83    557.86
11/30/2007   13:36   Order            3    AFC    C23982           2.52    555.34
12/03/2007   08:27   Order            3    AFC    C23985           1.90    553.44
12/03/2007   13:42   Order            3    AFC    C24012           1.68    551.76
12/03/2007   13:56   Order            3    AFC    C24013           0.68    551.08
12/04/2007   13:38   Order            3    AFC    C24035           3.96    547.12
12/06/2007   13:17   Order            3    AFC    C24133           5.07    542.05
12/07/2007   11:56   Add              7    SJW    G13288          35.00    577.05
12/07/2007   12:12   Order            3    AFC    C24159          14.24    562.81
12/07/2007   12:14   Order            3    AFC    C24161           2.13    560.68
12/14/2007   09:50   Order            2    DDT    B196682         19.61    541.07
12/18/2007   12:38   Order            3    AFC    C24407           2.13    538.94
12/18/2007   13:32   Order            3    AFC    C24415           1.25    537.69
12/20/2007   13:22   Order            3    WLH    C24447           1.40    536.29
12/20/2007   13:30   Order            3    WLH    C24450           1.40    534.89
12/21/2007   13:54   Order            3    WLH    C24464           3.76    531.13
```

```
RESIDENT HISTORY REPORT                                                  Page 2 of 2

HRYCI
03/11/08 15:25
ST 010 / OPR JNM

SBI             : 163732
Resident Name   : PERSON, JAMES
Time Frame      : 09/01/2007 13:36 - 03/11/2008 15:25

------------------------------------------------------------------------------------
Date         Time     Type              ST   OPR    Receipt #      Amount    Balance
------------------------------------------------------------------------------------

12/21/2007   13:54    Order              3   WLH    C24465           1.30     529.83
12/24/2007   14:36    Order             11   WLH    K6637            4.80     525.03
12/24/2007   14:42    Order             11   WLH    K6638            2.52     522.51
12/26/2007   13:26    Add                4   SEA    D81607          40.00     562.51
12/27/2007   14:39    Order             11   WLH    K6699            5.16     557.35
12/31/2007   14:49    Order              3   WLH    C24698           7.29     550.06
12/31/2007   14:49    Credit             3   WLH    C24699           7.29     557.35
01/02/2008   14:17    Order              3   WLH    C24738           4.74     552.61
01/03/2008   13:59    Order              3   AFC    C24778           2.11     550.50
01/05/2008   13:21    Order              3   AFC    C24845           7.76     542.74
01/08/2008   13:12    Order             11   AFC    K6878            1.10     541.64
01/09/2008   14:05    Order             11   AFC    K6910            5.53     536.11
01/14/2008   14:07    Add                7   SJW    G13690          35.00     571.11
01/15/2008   13:38    Order              3   WLH    C25156           6.76     564.35
01/17/2008   14:06    Order              3   AFC    C25206           5.58     558.77
01/21/2008   14:20    Order             11   AFC    K7085            5.90     552.87
01/22/2008   13:57    Order             11   AFC    K7092            8.20     544.67
01/23/2008   13:50    Order             11   AFC    K7110           18.30     526.37
01/23/2008   13:51    Credit            11   AFC    K7111           18.30     544.67
01/24/2008   11:34    Add                4   gmw    D83115          25.00     569.67
01/25/2008   12:01    Order              3   WLH    C25352           6.82     562.85
01/25/2008   13:45    Order              3   WLH    C25354          14.26     548.59
01/25/2008   13:48    Credit             3   WLH    C25355          14.26     562.85
02/01/2008   13:33    Order              3   WLH    C25507          26.13     536.72
02/01/2008   13:35    Credit             3   WLH    C25508          26.13     562.85
02/04/2008   14:31    Order             11   AFC    K7206            0.84     562.01
02/04/2008   14:32    Order             11   AFC    K7208            2.49     559.52
02/08/2008   13:46    Order             11   AFC    K7272            2.32     557.20
02/08/2008   14:30    Order             11   AFC    K7273            0.68     556.52
02/11/2008   14:44    Order              3   WLH    C25664           4.20     552.32
02/11/2008   14:45    Order              3   WLH    C25665           1.26     551.06
02/14/2008   14:56    Add                7   SJW    G14125          35.00     586.06
02/15/2008   13:18    Order              3   WLH    C25822           5.33     580.73
02/29/2008   10:50    Order              3   AFC    C26090           8.53     572.20
02/29/2008   11:23    Order              3   AFC    C26094           3.27     568.93
03/03/2008   14:00    Order             11   AFC    K7466            2.95     565.98
03/04/2008   08:34    Add                8   bsf    H37474          50.00     615.98
03/04/2008   14:39    Order             11   AFC    K7473            0.34     615.64
03/10/2008   15:42    Add                7   SJW    G14601          35.00     650.64
```