(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

☐ ORIGINAL

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

(1) _James A. Person II 163732_
(Name of Plaintiff)   (Inmate Number)

_H.R.Y.C.I. P.O. Box 9561 Wilm De 19801_
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

Case Number: - 0 8 - 1 6 1 -
(to be assigned by U.S. District Court)

vs.

(1) _Correctional Medical Services_

(2) _Department of Corrections_

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

✓ Jury Trial Requested

FILED
MAR 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
IFP

**I.   PREVIOUS LAWSUITS**

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_None_

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ··Yes  ··No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ·✔Yes  ··No

C. If your answer to "B" is Yes:

1. What steps did you take? Some grievances have not been heard.

2. What was the result? I was harassed by the grievance committee and it's in the appeal process

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Correctional Medical Services - Chris Williams

Employed as medical Provider at H.R.Y.C.I

Mailing address with zip code: P.O. Box 9561, Wilm, De 19801 and also 12647 Olive Boulevard, P.O. Box 419052 Saint Louis missori-6314-9052

(2) Name of second defendant: Department of Corrections - Carl Danberg

Employed as Commissioner at All Institutions

Mailing address with zip code: 245 McKee Rd Dover De, 19901

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I was taken to Sick Call/medical Appts - on (1) occasion I was taken and spoken to Colleen Bell (nurse) and (DR. Peter Binnion), with the questions that were asked I was led to believe that I may have a positive result to (hep C), Not only were the questions asked but I was also given a shot, and I

2. was told that it was to prevent me from getting (A-B) hep. After this I started Noticing I was very fatigued and in some cases I started noticing pain, were it got to the point that it was unbearable.

3. I was given another blood test in which the results were misplaced or lost, then I was given another and was told I was fine but at "NO" time did anybody take me serious. I was Harassed by D.O.C. employees about filing grievances on this issue.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. To Allow plaintiff to undergo whatever deemed appropriate and necessary to preserve the health and well being of the plaintiff and also monetary damages for the pain and suffering caused by the defendants and also the lack of care, all in excess of (1) million dollars.

3

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __28th__ day of __Feb__, 2_008_.

_James A. Pierson_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

GRIEVANCE HEARD ON FEB 28-08

## MEDICAL GRIEVANCE

FACILITY: H.R.Y.C.I.
INMATE'S NAME: JAMES A. PERSON
HOUSING UNIT: 2S-Pod / Cell-1

DATE SUBMITTED: 2/04/08
SBI#: 163732
CASE #: _____

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: On going issue

TYPE OF MEDICAL PROBLEM:

Back in October, I submitted a sick-call slip for bloodwork to get tested for HIV, Hepatitis A,B,C, Kidneys, liver, Blood clots, High Blood Pressure, Cancer, Chest Infection, Chest Cold, lung disease or anything that might make me sick. Nurse Bretta is the one who drew my blood and can verify what I'm saying as far as my appointment. After a while I was called down to the Westside Infirmary for a check-up by Dr. Binnion and Nurse Colleen, Dr. Binnion said everything was fine, and Colleen gave me a shot in my arm and then I left. Time pasted and I came back for another check-up but this time with Dr. Binnion, and Nurse Carolyn, the Dr. said I'm not HIV, but my blood count was low but I'll be alright.

GRIEVANT'S SIGNATURE: James A. Person    DATE: 2/04/08

ACTION REQUESTED BY GRIEVANT: I need medical attention as quickly as possible, and I need this to be rectified as soon as possible. I seeking legal advice to see my options on your negligence. I'm asking for a medical discharge or 10,000 dollars. If not I'll allow my lawyer to deal with this matter and to have all my medical records pulled.

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

All Dr. Binnion talk about was my highblood pressure when in fact I knew something else was wrong. Not once did Dr. Binnion or Nurse Carolyn take my situation serious or I would have been inform and treated for my situation. My liver count has been getting higher and higher but I was never told or treated, Nurse Gene who works on the Eastside medical told me about my liver and how it's causing me problems in other areas of my body. Nurse Gene spoke with Nurse Bretta about re-doing my bloodwork, so I went down and had it done all over again. Know one could find my file from my lasted blood testing. Even right now I'm having serious pain going through my body but I was told that I'm alright which was a lie. I was called down to medical atleast 4 to 5 times for medical check-up because I'm chronic care, but not once did Dr. Binnion or Nurse Carolyn treat me for the real problem that I'm face with as we speak. My liver count is High, Kidney are weak, and my blood count is to low. I still haven't receive any kind of medication or treatment for my illnesses. I asked question but all they reply was I'll see you on your next appointment. I didn't know what to think I just follow the Dr. orders. I fill as though Dr. Binnion and Nurse Caroyln put my life at risk, even right now I still in the danger zone because of my situation and a lack of supervision concerning my health. I thought I was physically alright, at least that's what the Dr. and Nurse had me believing. Not once was I notify about the seriousness of my liver by Dr. Binnion or Nurse Carolyn. I need medical attention as quickly as possible, and I need this to be rectified as soon as possible. I'm seeking legal advice to see my options on your negligence.

James A. Person
#SBI 00163732 / 25-Pod / Cell-1
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, Delaware 19809



Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, Delaware 19801

Legal Mail