IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. PERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 08-161-SLR |
| CORRECTIONAL MEDICAL SERVICES and DEPARTMENT OF CORRECTIONS, | ) |
| Defendants. | ) |

**FILED**
MAY - 8 2008
U.S. DISTRICT COURT

DD scanned

## AUTHORIZATION

I, James A. Person, SBI #163732, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $110.21 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 4/3/08, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: MAY 06, 2008.

_James Anthony Person_
Signature of Plaintiff



James Anthony Person
SBI #163732
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, Delaware 19809

United States District Court
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington, Delaware 19801

Legal Mail