TO: Your Honorable Judge Sue L. Robinson
From: James Anthony Person #163732
Re: Paupertis/Judge vs. Payment
Date: 7/7/08



Dear Judge Robinson,

Today I received your memarondum order on my case (Civil No. 08-161-SLR). You dismissed the case for failure to state a claim and as frivolous pursuant to 28 U.S.C. 1915(e)(2)(B) and 1915A(B)(i).

Being a new litagate in the court system I was a bit set back along with being very disappointed.

I'm writing for your help, on 4/3/08. I was assesed $350.00 for the filing of the 1983. On May 5, 2008 a check for $110.21 was cut for the initial partial filing fee. That money was received by the court on May 7, 2008.

It is my understanding that pursuant to court rules that the Magistrate was to have determined if the case had merit before pauperis was granted.

Would the court consider, because the above was not done, for which plaintiff prays, would the court return his $110.21 and since the case is closed suspend any further payment?

Plaintiff request the above via 42 USCA 1983 and 28 USCA 1915(D).

TURNOVER →

Plaintiff also request the court issue and order to Howard R. Young Correctional Institution Accordingly.



Respectfully Submitted
James A. Person
SBI #163732  2Z-Pod/Cell-6

James Anthony Person
SBI #165732
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, Delaware 19809

LEGAL MAIL

Your Honorable Judge Sue L. Robinson
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801