IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. PERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-161-SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICES and DEPARTMENT OF CORRECTIONS, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 29th day of July, 2008, having considered plaintiff's letter/motion for a refund of the filing fee;

IT IS ORDERED that plaintiff's letter/motion (D.I. 7) is **denied** for the following reasons,

1. Plaintiff James Person ("plaintiff"), an inmate housed at the Howard R. Young Correctional Center, proceeds pro se and was granted leave to proceed without prepayment of fees. At that time, the court assessed a $350.00 filing fee as required by 28 U.S.C. § 1914 and § 1915. (D.I. 4)

2. Plaintiff's case was dismissed for failure to state a claim upon which relief may be granted and as frivolous and he now asks for reimbursement of monies paid towards the filing fee and suspension of further payment. (D.I. 7) Section 1915 provides that if a prisoner brings a civil action in forma pauperis, he shall be required to pay the full amount of the filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff opted to file this

lawsuit, and he is required by statute to pay the filing fee. 28 U.S.C. § 1914; 28 U.S.C. § 1915.

*[signature]*
UNITED STATES DISTRICT JUDGE